### 58217. ANDERSON v. FULTON NATIONAL BANK OF ATLANTA et al.

SMITH, Judge.
The trial court's judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

ARGUED JULY 10, 1979 — DECIDED NOVEMBER 28, 1979 — REHEARING DENIED DECEMBER 13, 1979.

*Henry M. Hatcher, Jr.,* for appellant.
*Morton P. Levine, Dennis M. Hall, Joseph Lefkoff, H. Edward Hales, Jr., Alfred G. Adams, Jr., Mary Grace Diehl,* for appellees.